UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JUAN MANUEL SAHAGUN POLAYO<br># 33397-280 | * | CIVIL ACTION NO. 2:15-cv-2813 |
| v. | * | JUDGE MINALDI |
| BECKY CLAY | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 10) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Polayo's claim is **DISMISSED WITHOUT PREJUDICE** in compliance with FED. R. CIV. P. 41(b) and Local Rule 41.3.

Lake Charles, Louisiana, this ___ day of __July__, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE